UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez Torres, et al.,
    Plaintiffs,
    V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

## MOTION

Date Filed: 10/5/99    Docket #39    [ ] Plffs  [x] Defts
Title: Request for Extension of Discovery Time Table
Opp'n Filed:    Docket #

## ORDER

    The discovery deadline in this case shall be extended from January 5, 2000 to April 3, 2000. The dispositive motion deadline shall be April 10, 2000. No submissions after that date shall be considered. The pretrial and settlement conference shall be held on June 7, 2000 at 11:00A.M., and the jury trial shall be held on July 11, 2000 at 9 A.M.
    Plaintiffs shall have until February 1, 2000 to designate experts and provide Rule 26(a)(2)(B) information. Defendants shall have until March 1, 2000 to designate experts and provide Rule 26(a)(2)(B) information.

## MOTION

Date Filed: 12/6/99    Docket #43    [x] Plffs  [ ] Defts
Title: Motion Informing Disclosure of Expert Witness Report
Opp'n Filed:    Docket #

## ORDER

Noted.

Date 12/14/99    HECTOR M. LAFFITTE
    Chief U.S. District Judge