UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez Torres, et al.
    Plaintiffs,
        V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

## MOTION

Date Filed: 2/24/00    Docket #48    [ ] Plffs  [x] Defts
Title: Motion for the Withdrawal of Legal Representation
Opp'n Filed:    Docket #

## ORDER

Granted. Defendants are granted until March 20, 2000 to have their new counsel make an appearance. If Defendants do not comply with this deadline, they will be entered into default.

## MOTION

Date Filed: 2/24/00    Docket #47    [ ] Plffs  [x] Defts
Title: Motion Designating Expert Witnesses and Requesting Additional Time to Provide Rule 26(a)(2)(B) Information
Opp'n Filed:    Docket #

## ORDER

Granted.

Date 2/28/00    HECTOR M. LAFFITTE
                        Chief U.S. District Judge

