UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez-Torres, et al.,
    Plaintiffs,
    V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

## MOTION

Date Filed: 3/17/00    Docket #50    [ ] Plffs  [x] Defts
Title: Motion of Appearance of New Counsel ... and for Extension of Time
Opp'n Filed:    Docket #

## ORDER

The parties shall by March 29, 2000 submit a joint motion setting forth new dates for the following:
  1) discovery deadline
  2) dispositive motion deadline
  3) plaintiffs' deadline for designation of experts and for providing Rule 26(a)(2)(B) information
  4) defendants' deadline for designation of experts and for providing Rule 26(a)(2)(B) information.
The parties hereby advised that the dispositive motion deadline shall not be later than May 1, 2000. Further, the dates of the pretrial and settlement conference and the jury trial shall remain June 7, 2000 at 11:00 a.m. and July 11, 2000 at 9:00 a.m., respectively.

## MOTION

Date Filed: 3/20/00    Docket #51    [ ] Plffs  [x] Defts
Title: Motion Assuming Legal Representation
Opp'n Filed:    Docket #

## ORDER

Granted.

Date 3/21/00    HECTOR M. LAFFITTE
                      Chief U.S. District Judge

