UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez-Torres, et al.,
    Plaintiffs,
V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

## MOTION

Date Filed: 3/30/00   Docket #55   [x] Plffs [x] Defts
Title: Motion in Compliance with Order
Opp'n Filed:   Docket #

## ORDER

The parties' compliance with the Court's order of March 21, 2000, Dkt. No. 52, is hereby noted. Thus, the following agreed-upon dates shall control the progress of this case:
1) discovery deadline: June 2, 2000
2) dispositive motion deadline: May 1, 2000
3) plaintiffs' deadline for designation of experts and for providing Rule 26(a)(2)(B) information: April 12, 2000
4) defendants' deadline for designation of experts and for providings Rule 26(a)(2)(B) information: May 12, 2000

As set forth in the Court's order, the pretrial and settlement conference remains on June 7, 2000 at 11:00 a.m., and the jury trial remains on July 11, 2000 at 9:00 a.m.

Date 4/3/00

HECTOR M. LAFFITTE
Chief U.S. District Judge