UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RESETTING**          DATE: May 24, 2000

| | |
|---|---|
| Carlos Nunez-Torres, et al * | |
| Plaintiffs * | |
| VS * | Civ. 98-1945 (HL) |
| Prudential Builders * | |
| Defendant * | |

By order of the Court, the Pretrial and Settlement Conference scheduled for June 7, 2000 is hereby reset for June 8, 2000 at 11:30 P.M.

These proceedings shall be held before Hon. Hector M. Laffitte.

_____
COURTROOM DEPUTY CLERK

Parties to be notified.