UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Nuñez-Torres, et al.,
    Plaintiffs,
    V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

## MOTION

Date Filed: 4/13/00    Docket # 62    [] Plffs [x] Defts
Title: Motion for the Rescheduling of Pretrial and Settlement Conference
Opp'n Filed:    Docket #

## ORDER

The pretrial and settlement conference set for June 8, 2000 is hereby reset for June 26, 2000 at 11:00 a.m.

Date 6/2/00

HECTOR M. LAFFITTE
Chief U.S. District Judge