# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez Torres, et al.,
    Plaintiffs,
V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

## MOTION

Date Filed: 6/20/00    Docket # 65    [] Plffs [x] Defts
Title: Joint Motion for Continuance of Pretrial
Opp'n Filed:    Docket #

## ORDER

The June 26, 2000 pretrial and settlement conference shall be converted into a status conference. The prospect of setting a new pretrial and settlement conference shall be discussed at the status conference. The parties are warned, however, that the July 11, 2000 jury trial in this case **shall not be continued.**

Date 6/22/00    HECTOR M. LAFFITTE
Chief U.S. District Judge


