UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Nuñez Torres, et al.,
    Plaintiffs,
    V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945(HL)

| ORDER |
|---|
| The status conference set for June 26, 2000 is hereby rescheduled for July 7, 2000 at 11:00 a.m. |

Date 7/5/2000

**HECTOR M. LAFFITTE**
Chief U.S. District Judge