UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez-Torres, et al.,
    Plaintiffs,
    V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

## MOTION

Date Filed: 6/30/00    Docket # 68    [ ] Plffs [x] Defts
Title: Motion Requesting Continuance of Trial
Opp'n Filed:    Docket #

## ORDER

The jury trial set for July 11, 2000 is hereby reset for July 31, 2000. In light of the simple nature of the change in Plaintiffs' expert witness report and the hardship involved in bringing the expert to Puerto Rico for a live deposition, Defendants shall depose Plaintiff's expert by telephone at a time and place to be agreed upon by the parties. Further, Defendants shall make their expert available for deposition at least three days prior to trial. Finally, the parties shall work out among themselves the payment for Plaintiffs' expert's time. The holding of a pretrial and settlement conference shall be discussed at the status conference set for July 7, 2000.

Date 7/5/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge