UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez-Torres, et al
v.
Prudential Builders, et al

CASE NUMBER: Civil no. 98-1945 (HL)

## MINUTE

On this same date the Court held a status conference in this case. The parties were represented by their respective counsel of record. There was a brief discussion of the possibility of settling this case, but it appears that at this time settlement is not possible. The Court did schedule a final pretrial and settlement conference for **July 24, 2000**, at 2:00 p.m. The parties are **ordered** to bring to the conference an integrated proposed pretrial order. The proposed order should be a single document incorporating from <u>all</u> the parties a list of witnesses; a brief description of each party's factual and legal theories; a list of all cross-claims; and any stipulations.

Additionally, the Court **orders** Plaintiffs to serve counsel for defendants by **July 17, 2000,** with a written settlement offer along with an explanation for the figure. Defendants shall serve plaintiffs by **July 26, 2000**, with a written reply accepting, rejecting, or submitting a counter-offer. Failure to comply with these terms shall result in the imposition of sanctions.

During the conference the Court ordered that Plaintiff's expert be deposed on July 12, 2000, at the office of Attorney Pedro Soler. However, the Court had earlier ordered that the deposition be by telephone. *See* docket no. 71. Therefore, the Court hereby amends its order from the status conference. The deposition shall be by telephone.

The Court also ordered that Defendants' expert David Cintrón shall be deposed on July 13, 2000 at 10:00 a.m. at the offices of Plaintiffs' attorney. His failure to be deposed shall result in the exclusion of his testimony at trial.

HECTOR M. LAFFITTE
Chief U.S. District Judge

July 7, 2000


