UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos Nuñez Torres,
    Plaintiff,
    V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

| ORDER |
|---|
| The parties are ordered to file their settlement papers with the Court by August 11, 2000. |

Date 7/27/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
'00 JUL 28 AM 8 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.