# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE   HECTOR M. LAFITTTE

| | |
|---|---|
| COURTROOM DEPUTY: Minerva **FIGUEROA** | DATE: July 24, 2000 |
| COURT REPORTER: Barbara **DACHMAN** | CIV NO:  98-1945 (HL) |
| COURT INTERPRETER: N/A | |

===========================================================================

| | |
|---|---|
| Carlos Nunez-Torres, et al | Attys: Artemio Rivera-Rivera, Esq. |
| vs. | |
| Prudential Builders, et al | Pedro Soler Muniz, James Toro, B. Rodriguez Masso, A. Lopez Hidalgo, Julio Torres & A. Rivera Seda, Esqs. |

===========================================================================

Pretrial and Settlement Conference held.  The parties and the Court had an extensive settlement discussion and it appears that case might settled.

The parties agree to recommend the settlement demand discussed and will notify the Court by August 11, 2000, if case settled.

Courtroom Deputy Clerk

Parties to be notified.


