## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez-Torres, et al.,
    Plaintiffs,
V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

| MOTION |
|---|
| Date Filed: 7/13/00     Docket # 80     [x] Plffs [] Defts |
| Title: Motion Informing New Telephone and Fax Numbers |
| Opp'n Filed:     Docket # |

| ORDER |
|---|

Noted. The Clerk of the Court shall notify future orders to:

Artemio Rivera Rivera
Fax: (787) 307-0077

Date 7/24/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


