## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez-Torres, et al.,
    Plaintiffs,
    V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

*[Stamp: RECEIVED & FILED JUL 24 PH 4:44 U.S. DISTRICT COURT SAN JUAN, P.R.]*

### MOTION

Date Filed: 7/12/00   Docket # 79   [] Plffs [x] Defts
Title: Informative Motion
Opp'n Filed:   Docket #

### ORDER

The Court notes and approves the change of date for the deposition of David Cintron. Defendant is reminded of Local Rule 311(15).

### MOTION

Date Filed: 6/28/00   Docket # 67   [x] Plffs [] Defts
Title: Urgent Motion Requesting Rescheduling of Pretrial Conference
Opp'n Filed:   Docket #

### ORDER

Moot. See Dkt. No. 76.

### MOTION

Date Filed: 6/30/00   Docket # 68   [] Plffs [x] Defts
Title: Motion Requesting Continuance of Trial
Opp'n Filed:   Docket #

### ORDER

Moot. See Dkt. No. 71.

Date 7/24/00            HECTOR M. LAFFITTE
                        Chief U.S. District Judge

