## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez-Torres, et al.,
    Plaintiffs,
    V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

### MOTION

Date Filed: 5/31/00   Docket # 79   [ ] Plffs  [x] Defts
Title: Informative Motion
Opp'n Filed:   Docket #

### ORDER

The Court notes and approves the change of date for the deposition of David Cintron. Defendant is reminded of Local Rule 311(15).

Date 7/24/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


