# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Nuñez-Torres, et al.,
    Plaintiffs,
        V.                                    CASE NUMBER: 98-1945 (HL)
Prudential Builders,
    Defendant.

| ORDER |
|---|
| The parties shall either file their settlement papers or propose a trial date by August 25, 2000, or this case shall be dismissed. |

Date 8/18/00        HECTOR M. LAFFITTE
                    Chief U.S. District Judge


