# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez Torres, et al.,
    Plaintiffs,
    V.
Prudential Builders, et al.,
    Defendants.

**CASE NUMBER:** 98-1945 (HL)

---

## MOTION

| | | |
|---|---|---|
| Date Filed: 8/28/00 | Docket # 98 | [x] Plffs  [x] Defts |
| Title: Settlement Stipulation | | |
| Opp'n Filed: | Docket # | |

## ORDER

The Court hereby approves the parties' settlement stipulation.

Date 8/31/00

HECTOR M. LAFFITTE
Chief U.S. District Judge



