UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET 9/5/00 PURSUANT TO FRCP RULES 58 & 79a

Carlos A. Nuñez Torres, et al.,
    Plaintiffs,
V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945 (HL)

| JUDGMENT |
| --- |
| The Court having approved the parties' settlement stipulation, judgment is hereby entered dismissing this case with prejudice. |

Date 8/31/00

HECTOR M. LAFFITTE
Chief U.S. District Judge





