UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos A. Nuñez Torres, et al.,
    Plaintiffs,
V.
Prudential Builders, et al.,
    Defendants.

CASE NUMBER: 98-1945(HL)

## MOTION

Date Filed: 9/8/00    Docket # 101    [x] Plffs  [] Defts
Title: Motion Requesting Judicial Approval of Settlement Stipulation
Opp'n Filed:    Docket #

## ORDER

The Court hereby approves the details of the settlement agreement reached by the parties, including the distribution of funds among Plaintiffs and the agreed-upon amount of attorney's fees. Further, Defendants are hereby ordered to deposit $536,000.00 with the Clerk of the Court on behalf of Plaintiff Carlos Nuñez Melendez. The Clerk of the Court is hereby ordered to place the funds in an interest-bearing account pending the appointment of a guardian for Plaintiff Carlos Nuñez Melendez.

Date 9/20/00

HECTOR M. LAFFITTE
Chief U.S. District Judge