UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Nuñez-Torres, et al
v.
Prudential Builders, et al

CASE NUMBER: 98-1945 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**   Docket # 105<br><br>[ ] **Plffs**  [X] **Defts**  [ ] **Other**<br>**Title:** Motion requesting disbursement of funds | Granted. The Clerk of the Court is hereby **ordered** to draw a check in the principal amount designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rules 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>NAME OF PAYEES             AMOUNT<br>Carlos Nuñez Melendez      $536,000.00<br><br>Mail check to:<br><br>Artemio Rivera<br>PO Box 193189<br>San Juan, PR 00919 |

Date 1-4-02

HECTOR M. LAFFITTE
Chief U.S. District Judge


